**U.S. COURT OF INTERNATIONAL TRADE**
**Honorable Timothy M. Reif**

Oral Argument – Thursday, January 15, 2026, at 10:00 a.m.

| 24-00106 (TMR) |
| :---: |
| Baroque Timber Industries (Zhongshan) Co., Ltd. et al v. United States |

**Jurisdiction: 1581(c)**

Manifest

| Party | Counsel | Law Firm |
| :---: | :---: | :---: |
| Baroque Timber Industries (Zhongshan) Co., Ltd. & Riverside Plywood Corporation (Plaintiffs) | Andrew Thomas Schutz | Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP |
| United States (Defendant) | Brendan David Jordan | U.S. Department of Justice |
|  | JonZachary Forbes | U.S. Department of Commerce |